An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL SANTIAGO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63518

**FILED**

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of two counts of attempted sexual assault. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant Paul Santiago contends that his guilty plea was not knowingly and voluntarily entered and the State violated the terms of the guilty plea agreement by opposing his post-conviction motion to withdraw the plea. The State contends that these claims are not properly raised in this appeal and must be raised in the appeal from the district court's denial of his post-conviction motion currently pending before this court in Docket No. 64577. We agree with the State, and decline to consider the claims raised in this appeal. *See Franklin v. State*, 110 Nev. 750, 752, 877 P.2d 1058, 1059 (1994) (noting the limited circumstances in which a defendant may raise challenges relating to a guilty plea in an appeal from

14-15421

a judgment of conviction), *overruled on other grounds by Thomas v. State*, 115 Nev. 148, 979 P.2d 222 (1999). Accordingly, we

ORDER the judgment of conviction AFFIRMED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Kathleen E. Delaney, District Judge
      Turco & Draskovich
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

---

[1]The fast track statement and reply do not comply with the Nevada Rules of Appellate Procedure because the text in the briefs, excluding, headings, footnotes, and quotations, is not double-spaced. *See* NRAP 32(a)(4); NRAP 3C(h)(1). We caution counsel that future failure to comply with the rules of this court when filing briefs may result in the imposition of sanctions. *See* NRAP 3C(n).

